**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                        **CASE NO. 3:25-CR-00030-RGJ**

**THOMAS CZARTORSKI**                                        **DEFENDANT**

**APPEARANCE OF COUNSEL**

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant,

Thomas Czartorski.

Respectfully Submitted,

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, I electronically filed with the Clerk of the Court by
using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com