UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                    Criminal Action No.:  3:25-CR-00030-RGJ

**THOMAS CZARTORSKI**, et al                                                                  DEFENDANTS

## **ORDER**

This matter having come before the Court on the joint motion of the defendants to continue the trial in this case, currently scheduled for June 9, 2025, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the joint motion is **GRANTED.** The jury trial set for June 9, 2025 is REMANDED. The Status Hearing remains as scheduled for May 13, 2025.

**IT IS FURTHER ORDERED** that all pretrial deadlines are REMANDED and will be reset by further Order of the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within the trial of the offenses charged herein must commence pursuant to 18 U.S.C. § 3161(h)(7)(A) (h)(7)(B)(i), and (h)(7)(B)(iv).

Copies to Counsel, Jury Clerk.