UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                    Plaintiff

v.                                                                                       Criminal Action No. 3:25CR-30-RGJ

THOMAS CZARTORSKI, ET AL.                                                                              Defendants

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

An in-person status conference was held in this matter on May 13, 2025 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was April Dowell. The following counsel participated in the status conference:

For the United States: Christopher C. Tieke, Anita Channapati and Stephanie M. Zimdahl, Assistant United States Attorneys'

For the Defendant(s): Trisha Lister, on behalf of Patrick J. Renn, Retained Counsel, for Thomas Czartorski, who was present in person and on bond.

Gregory Coulson, Retained Counsel, for Jarrod Lewis, who was present in person and on bond.

Fred E. Peter, appearing via zoom, Retained Counsel, for James Cameron Wright, who appeared via zoom and on bond.

The Court and counsel discussed the procedural posture of the case. Counsel for the United States stated that the initial discovery is complete that includes 22,000 pages of records and videos. The United States then informed the Court that this case may involve a *Garrity* issue and an additional team of counsel will be handling that matter. It is anticipated that motion practice on that will begin in three to four weeks. A ruling on that will need to be done before

any trial can be held. Defense counsel all stated that they believe because of the voluminous discovery that needs to be reviewed with their clients before any negotiations can be had with the United States, they would request a status hearing in one hundred and twenty (120) days. Counsel for defendant Wright stated to the Court that his motion to withdraw as counsel is still pending with the Magistrate Judge until new retained counsel enters his appearance. His client told him that he may have out of state retained counsel or request CJA counsel to be appointed. The Court will direct this defendant's counsel to file a notice for request of CJA counsel within two weeks or his new retained counsel to file a notice of appearance by that same deadline. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) Any motions related to the *Garrity* issue **shall be filed on or before June 13, 2025.**

(2) **Any additional discovery** on the *Garrity* matter shall be produced in the next **thirty days.**

(3) New counsel for Defendant Wright shall either files a notice of appearance **on or before May 27, 2025** or current counsel shall request that his client be appointed CJA counsel and file the appropriate documentation.

(4) This matter is set for a further status hearing on **September 16, 2025 at 2:30 p.m.** before the Honorable Rebecca Grady Jennings, United States District Judge.

(5) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds **the period of delay from May 13, 2025 to September 16, 2025 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best

interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny counsel for Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

**IT IS FINALLY ORDERED** that the Defendants shall remain on their present bonds pending further orders.

May 16, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:    Counsel of record, United States Probation

Court Time: 00/20
Court Reporter: April Dowell